# United States District Court
# For The Western District of North Carolina
# Asheville Division

SYNOVUS BANK,

        Plaintiff,                        JUDGMENT IN A CIVIL CASE

vs.                                          1:11cv189

ALEXANDER SCHAUR,

        Defendant.


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 09/06/2012 Memorandum of Decision and Order.

                                                Signed: September 6, 2012

                                                Frank G. Johns, Clerk
                                                United States District Court