# United States District Court
# For The Western District of North Carolina
# Asheville Division

SYNOVUS BANK,

    Plaintiff,

vs.

ALEXANDER SCHAUR,

    Defendant.

JUDGMENT IN A CIVIL CASE

1:11cv189

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 09/06/2012 Memorandum of Decision and Order.

Signed: September 6, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court